USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JALDHI OVERSEAS PTE LTD.,

                              Plaintiff,

        -v-

PAN UNITE D SHIPPING LTD., and SPL
SHIPPING PTE. LTD.,

                              Defendants.

No. 09 Civ. 3530 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        IT IS HEREBY ORDERED that, no later than June 26, 2009, Plaintiff shall submit its

Amended Complaint.


SO ORDERED.

Dated:        June 25, 2009
              New York, New York


                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE