UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JALDHI OVERSEAS PTE LTD.,

                Plaintiff,

-v-

PAN UNITE D SHIPPING LTD., and SPL SHIPPING PTE. LTD.,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09

No. 09 Civ. 3530 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      IT IS HEREBY ORDERED that, no later than June 26, 2009, Plaintiff shall submit its Amended Complaint.

SO ORDERED.

Dated:      June 25, 2009
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE